**2**

DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 17-25586-E-13C<br>DCN: DPC-1 |
| JOSE LUIS SILVA, | TRUSTEE'S OBJECTION TO CONFIRMATION |
| | DATE: NOVEMBER 7, 2017<br>TIME: 3:00 P.M.<br>JUDGE: SARGIS<br>COURTROOM: 33 |
| Debtor(s) | |

DAVID P. CUSICK, TRUSTEE, objects to confirmation of the Debtor(s) plan and does not recommend its confirmation.

The Trustee objects to confirmation as:

1. **NOT BEST EFFORT:** Debtors plan is not the Debtors best effort under 11 U.S.C. §1325(b). The Statement of Current Monthly Income, Form 122C-1 (DN 1, pages 46-48),

indicates that Debtor is above median income and the applicable commitment period is 5 years. Debtor's plan (DN 5), states in §1.03 that the plan term is 36 months, and Debtor proposes to pay 20.43% to general unsecured creditors.

2. **FAILS LIQUIDATION:** The plan does not pay unsecured creditors what they would receive in the event of a Chapter 7, 11 U.S.C. §1325(a)(4). Debtor's non-exempt assets total $43,713.47 and Debtor proposes to pay 20.43% to general unsecured creditors, which amounts to approximately $38,600.00. According to Debtors Schedules A/B and C (DN 1, pages 11-22), non-exempt equity exists in Debtors' bank accounts of $3,007.47, and business assets of $40,706.00.

WHEREFORE the movant prays that the Court enter an order denying confirmation of the Debtor(s) plan.

Dated: OCTOBER 4, 2017

NEIL ENMARK, Attorney for Trustee