2
**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
2033 Howe Avenue, Suite 140
Sacramento, CA 95825
Telephone: (916) 485-1111
Facsimile: (916) 485-1111
Attorney@4851111.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JOSE LUIS SILVA<br><br>DEBTOR | Case No.: 2017-25586-E-13C<br><br>DC No: DPC-1<br><br>**RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION**<br><br>DATE: NOVEMBER 7, 2017<br>TIME: 3:00 P.M.<br>JUDGE: SARGIS<br>LOCATION: 501 I Street, Sacramento, CA 95814 6th Floor, Courtroom 33 |

Debtor, Jose Luis Silva, by and through his attorney of record, Gabriel E. Liberman, hereby files his Response to Trustee's Objection to Confirmation as follows.

**OBJECTION #1 – NOT BEST EFFORT**

**<u>RESPONSE</u>**:

Debtor proposes to amend section 1.03 of his Chapter 13 plan from 36 months to 60 months. As a result, Debtor's amendment provides the best effort under 11 U.S.C. §(b).

**OBJECTION #2 – FAILS LIQUIDATION**

**<u>RESPONSE</u>**:

As a result of Debtor extending his plan from 36 months to 60 months, Debtor's payments to Class 2 claims are reduced from $350.69 per month to $219.74. Debtor shall pay Class 7 general unsecured claims a total of $74,629.71 or 39.50%.

Based on these proposed amendments, Debtor passes the liquidation analysis based on non-exempt assets of $43,713.47.

WHEREFORE, the Debtor respectfully request the Court deny and take nothing from the Trustee's Objection to confirmation of Debtor's plan and allow Debtor to amend sections 1.03 and 2.15 Chapter 13 Plan in the chapter 13 confirmation order.

Dated: October 16, 2017

BY: /s/ Gabriel Liberman
Gabriel Liberman
Attorney for Debtor