2
**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
2033 Howe Avenue, Suite 140
Sacramento, CA 95825
Telephone:     (916) 485-1111
Facsimile:      (916) 485-1111
Attorney@4851111.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                            ) Case No.: 2017-25586-E-13C
                                                  ) DC No: DPC-1
JOSE SILVA                                        )
                                                  ) **ORDER CONFIRMING CHAPTER 13 PLAN**
                                                  )
             DEBTORS                              ) DATE:          NOVEMBER 7, 2017
                                                  ) TIME:          3:00 P.M.
                                                  ) JUDGE:         SARGIS
                                                  ) LOCATION: 501 I Street,
                                                  )                Sacramento, CA 95814
                                                  )                6th Floor, Courtroom 33
_____ )

The Chapter 13 plan filed on August 23, 2017 by the above-named Debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtors' Chapter 13 Plan satisfies the requirements of 11 U.S.C. §1325. Therefore, IT IS ORDERED that the Plan is confirmed.

**IT IS FURTHER ORDERED that**:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the Debtors; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

RECEIVED
November 16, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006169426

4. The attorney fees for the Debtor(s)' attorney in the full amount of $6,000.00 are approved. Debtor's attorney received $2,500.00 prior to the filing of this case. The balance of $3,500.00 shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1 (c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows:

A. Section 1.03 is amended to increase Plan duration from 36-month plan to 60-month plan.

B. Section 2.09 is amended to decrease monthly payments due to extending the plan from 36 to 60 months

| A. Class 2 Creditor's Name and description of collateral | Old Payment | Amended Payment |
|---|---|---|
| 1. Freedom Road Financial<br>2014 Triumph Thunderbird LT 500 | $198.21 | **$124.94** |
| 2. Harley Davidson Financial<br>2005 Harley-Davidson Soft Tail Duece | $107.81 | **$67.96** |
| 3. Harley Davidson Financial<br>2006 Harley-Davidson Sportster XL883 | $44.67 | **$28.15** |
| Totals | $350.69 | $221.05 |

C. Section 2.15 is amended to increase dividend to unsecured claims from 20.43% to receiving no less than a **39.5%** dividend of allowed timely claims.

_/s/_     11-15-17

Approved by the Chapter 13 Trustee as to form.

**Dated:** November 16, 2017        **By the Court**

Ronald H. Sargis, Judge
United States Bankruptcy Court

In re: SILVA, JOSE